1  Brian R. Strange, Bar No. 103252
   Gretchen Carpenter, Bar No. 180525
2  Eugene Rome, Bar No. 232780
   STRANGE & CARPENTER
3  12100 Wilshire Blvd., Suite 1900
   Los Angeles, California 90025
4  Tel: (310) 207-5055
   Fax: (310) 826-3210
5  E-mail: lacounsel@earthlink.net

6  Barry L. Kramer, Bar No. 61772
   LAW OFFICES OF BARRY L. KRAMER
7  11111 Santa Monica Blvd., Suite 1860
   Los Angeles, California 90025-3352
8  Tel: (310) 235-9980
   Fax: (310) 235-9982
9  E-mail: KramerLaw@aol.com

10 Attorneys for Plaintiffs Karen Lowman and Mary Bailey

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT

[JAN - 6 2006]

CENTRAL DISTRICT OF CALIFORNIA
BY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

|  |  |
|---|---|
| KAREN LOWMAN and MARY BAILEY, on behalf of themselves and all others similarly situated, | Case No. CV05-8097 RGK (FMOx) |
| Plaintiffs, | **CLASS ACTION** |
| vs. | **STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER** |
| CITIBANK (SOUTH DAKOTA), N.A., | Assigned to the Hon. R. Gary Klausner |
| Defendant. | Action Filed on November 14, 2005 |

NOTE CHANGES MADE BY THE COURT.

DOCKETED ON CM

JAN - 9 2006

BY                    010

10

1

Stip. to Cont. Plaintiffs' Deadline to File Motion for Class Cert.; [Proposed] Order

1    WHEREAS, plaintiffs Karen Lowman and Mary Bailey filed this case on

2  November 14, 2005;

3    WHEREAS, plaintiffs served the summons and complaint on defendant

4  Citibank (South Dakota), N.A. ("Citibank") on November 22, 2005;

5    WHEREAS, Local Rule 23-3 requires plaintiffs to file their motion for class

6  certification within 90 days after service of the pleading purporting to commence a

7  class action, or by February 21, 2006;

8    WHEREAS, by stipulation of the parties and Order of this Court dated

9  December 13, 2005, Citibank's response to the complaint is currently due on

10  January 17, 2006;

11    WHEREAS, the parties have agreed to a further extension for Citibank to

12  respond to the complaint, until January 24, 2006, and they expect to submit a

13  stipulation and proposed order to this effect shortly;

14    WHEREAS, a Scheduling Conference has not yet been scheduled;

15    WHEREAS, the parties have not yet held their Federal Rules of Civil

16  Procedure, Rule 26(f) meeting, and because no Scheduling Conference has yet

17  been scheduled, they do not yet have a deadline to do so;

18    WHEREAS, the parties have not yet begun discovery;

19    WHEREAS, plaintiffs contend that they need discovery in order to prepare

20  their motion for class certification;

21    WHEREAS, in light of the scheduling of this case, plaintiffs have requested,

22  and defendant has agreed, to extend plaintiffs' deadline to file a motion for class

23  certification for ninety days, until May 22, 2006; and

24    WHEREAS, this stipulation is entered into without prejudice to Citibank's

25  right to seek to compel arbitration.

26  ///

27  ///

28  ///

Stip. to Cont. Plaintiffs' Deadline to File Motion for Class Cert.; [Proposed] Order

1   THEREFORE, the parties stipulate that plaintiff's deadline to file a motion

2   for class certification should be continued until May 22, 2006.  This stipulation is

3   entered into without prejudice to Citibank's right to seek to compel arbitration.

4                                                                    Respectfully Submitted,

5   Dated: January ___, 2006                    STRANGE & CARPENTER

6                                                                    By: _____

7                                                                    Gretchen Carpenter
                                                                         Attorneys for Plaintiff

8   Dated: January ___, 2006                    STROOCK & STROOCK & LAVAN LLP

9

10                                                                  By: _____

11                                                                  Scott M. Pearson
                                                                        Marcos D. Sasso
                                                                        Attorneys for Defendant

12  **IT IS SO ORDERED.**

13          JAN 0 6 2006

14  Dated: _____, 2006

                                                                    Hon. R. Gary Klausner
                                                                    United States District Court Judge

15

16

17

18          PLAINTIFF'S MOTION FOR

19          CLASS CERTIFICATION SHALL

20          BE FILED NOT LATER THAN

21          MARCH 27, 2006.

22

23

24

25

26

27

28

                                                    3

Stip. to Cont. Plaintiffs' Deadline to File Motion for Class Cert.; [Proposed] Order

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is:

12100 Wilshire Boulevard, Suite 1900
Los Angeles, California 90025

On January 4, 2006, I served the forgoing documents, described:
**STIPULATION TO CONTINUE PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION; [PROPOSED] ORDER**
[ x ] **by placing** [ ] the original [ x ] a true copy thereof enclosed in sealed envelopes addressed as follows:

Scott M. Pearson, Esq.
Stroock, Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

Counsel for Defendant

Barry L. Kramer, Esq.
Law Offices of Barry L. Kramer
11111 Santa Monica Blvd., Suite 1860
Los Angeles, CA 90025-3352

Co-Counsel for Plaintiff

[ X ]   **VIA U.S. MAIL**

[ ] I deposited such an envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**
I delivered such envelope by hand to the addressee.
Executed on January 4, 2006, at Los Angeles, California.

[ ] **(State)**
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ] **(Federal)**
I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Jill Hood