| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| | JULIA B. STRICKLAND (State Bar No. 083013) |
| 2 | MARCOS D. SASSO (State Bar No. 228905) |
| | 2029 Century Park East |
| 3 | Los Angeles, California  90067-3086 |
| | Telephone: 310-556-5800 |
| 4 | Facsimile: 310-556-5959 |

**CLOSED**

Attorneys for Defendant
  CITIBANK (SOUTH DAKOTA), N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KAREN LOWMAN and MARY BAILEY, on behalf of themselves and all others similarly situated,

       Plaintiffs,

  v.

CITIBANK (SOUTH DAKOTA), N.A.,

       Defendant.

**Case No. CV05-8097-RGK (FMOx)**

[Assigned To The Honorable R. Gary Klausner]

**JUDGMENT**

**Action Filed:  November 14, 2005**

LA 51013101V2

1  The Motion of Citibank (South Dakota), N.A. ("Citibank") to Confirm Arbitration Award (the "Motion") was taken under submission on September 13, 2007 by the above-captioned Court, the Honorable R. Gary Klausner, presiding, and the hearing on the Motion previously scheduled for September 17, 2007 was vacated.

After considering the Motion, all papers submitted in support of the Motion, as well as all papers and pleadings submitted in this action and all other matters presented, and, good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, pursuant to the Court's September 19, 2007 Order granting Citibank's Motion and confirming the Award of the Arbitrator, dated December 27, 2006, judgment is entered against plaintiff Mary Bailey and in favor of Citibank.

Dated: February 21, 2008

_____
The Honorable R. Gary Klausner
United States District Judge

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

LA 51013101V2

- 1 -